## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERENCIA RIDENHOUR, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY LARSON, ET AL.<br><br>Defendants. | Case No. 3: 23-cv-1672<br><br><br><br><br><br><br><br>January 15, 2025 |

## NOTICE OF SETTLEMENT

Plaintiffs, by and through their undersigned counsel, hereby notify the Court that they have reached a proposed classwide settlement that includes withdrawal of this action with prejudice and conclusion of their State court claims in the action of *Ridenhour, et al. v. Career Training Specialists, LLC d/b/a Stone Academy, et al.*, X10-UWY-CV-23-6070643-S (the "State Court Action").  The global resolution is being administered, in its entirety, in the State Court Action. On January 10, 2025, Plaintiffs filed a motion for preliminary approval of the settlement, with hearing on the motion scheduled for January 16, 2025. The Court has also scheduled a hearing for Final Approval on February 26, 2025. After Final Approval, Plaintiffs will move to dismiss this action. For the convenience of the Court, attached to this Notice is Class Plaintiff's Motion for Preliminary Approval , Exhibit A, as well as the Joint Notice of Settlement, Exhibit B, and the Court's Scheduling Order, Exhibit C.

**PLAINTIFFS,**

By: */s/ Timothy C. Cowan*
David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
Timothy C. Cowan (ct30786)
HURWITZ SAGARIN SLOSSBERG & KNUFF LLC
135 Broad Street
Milford, CT 06460
(203) 877-8000
DSlossberg@hssklaw.com
ENolan@hssklaw.com
TCowan@hssklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Timothy C. Cowan*
**Timothy C. Cowan**